# IN THE SUPREME COURT OF TEXAS

No. 12-0458

IN RE KEVIN NEWMAN AND CHANTEL NEWMAN, RELATORS

ON PETITION FOR WRIT OF MANDAMUS

**ORDER**

1. The Unopposed Motion to Abate Proceedings, filed on September 11, 2012, is granted, and this case is **ABATED** to allow the parties to proceed with settlement negotiations.

2. This case is removed from the Court's active docket until November 13, 2012, by which time the parties must file either a status report or a motion to dismiss. The parties shall immediately notify this Court about any changes in the status of the case.

Done at the City of Austin, this 14th day of September 2012.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

By Claudia Jenks, Chief Deputy Clerk